FILED

R. Christopher Harshman (248214)
rch@packetlaw.com
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212
Telephone: (310) 651-3077
Facsimile:  (310) 773-9027

2012 SEP 21 PM 4: 24

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

Attorneys for Plaintiff
Dream World Partners, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Dream World Partners, Inc.,**<br><br>                Plaintiff,<br><br>        v.<br><br>**Terry Stevens** and DOES 1-10,<br><br>                Defendants. | Case No. CV12-08200-ODW (JCGx)<br><br>**Complaint for Damages and Injunctive Relief for:**<br><br>1. Copyright Infringement<br>   (17 U.S.C. § 101 *et seq*); and<br>2. Unfair Competition<br>   (Cal. Civ. Code § 17200) |

Dream World Partners, Inc. ("DWP") avers as follows:

### INTRODUCTION

1.  DWP manages the operations of a number of highly successful online matchmaking sites, including the longstanding website Dream-Marriage.com (the "Website"). A competing website, onlinerussianbrides.com (the "Infringing Site"), is registered to Defendant Terry Stevens ("Stevens"); Stevens seeks to unjustly enrich himself through the unauthorized reproduction, on his own competing website, of photos, testimonial text, and other copyright-protected content made available by DWP through its Website.

### JURISDICTION AND VENUE

2.  This is a civil action seeking damages and injunctive relief under the

Copyright Act, 17 U.S.C. § 101 *et seq.*, and under the laws of the State of California.

3. This Court has subject matter jurisdiction over DWP's copyright infringement claims pursuant to 18 U.S.C. §§ 1331 (original jurisdiction for federal questions) and 1338(a) (exclusive jurisdiction over copyright actions).

4. Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over DWP's state law claim for unfair competition, as the state law claim is so related to DWP's claims under the Copyright Act as to be part of the same case or controversy.

5. This Court has personal jurisdiction over Stevens because, upon information and belief, Stevens has, through his highly interactive Infringing Website, engaged in the infringing conduct at issue within the United States and the State of Califomia and, among other things, has purposefully directed his activities at the United States and at California.

6. Upon information and belief, DWP additionally avers that, among other things, Stevens is doing or has been doing business continuously in the State of California and this District, including e.g. selling subscriptions to residents of this District.

7. Upon information and belief, DWP additionally avers that a substantial part of the wrongful acts committed by Stevens have occurred in interstate commerce, in the State of California, and in the Central District of California.

8. Finally, upon information and belief, DWP additionally avers that Stevens knows that the damages and other harmful effects of his infringing activities occur substantially in California, where DWP has its principal place of business.

9. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because this is a judicial District in which a substantial part of the events giving rise to the

1  claims occurred, and/or which DWP's injury was suffered.

**THE PARTIES**

2

3  10. DWP is a corporation duly organized and existing under the laws of
4  the State of Nevada, with its principal place of business in Beverly Hills, California.

5  11. DWP is, and at all relevant times has been, the operator of the
6  Website, and authorized to enforce the copyright and other rights associated with
7  the material appearing therein.

8  12. Upon information and belief, DWP avers that Defendant Terry
9  Stevens is an individual, residing in Mesa, Arizona. DWP is informed and believes
10 that Stevens owns and/or operates the Infringing Site.

11 13. The true nam.es and capacities, whether individual, corporate,
12 associate, or otherwise, of defendants sued herein as Does 1 through I 0, inclusive,
13 are unknown to DWP, which sue said defendants by such fictitious names (the
14 "Doe Defendants"). The Doe Defendants may include individuals whose real
15 identities are not yet known to DWP, but who are acting in concert with the named
16 defendant, often in the guise of Internet aliases, in committing the unlawful acts
17 alleged herein. If necessary, DWP will seek leave to amend this complaint to state
18 their true names and capacities. DWP is informed and believes, and on that basis
19 avers, that the Doe Defendants are liable to DWP as a result of their participation
20 in all or some of the acts hereinafter set forth (all of the Defendants, including the
21 Doe Defendants, collectively are referred to as "Defendants").

**FACTS COMMON TO ALL CAUSES OF ACTION**

22

23 14. As set forth in greater detail below, Stevens has infringed upon
24 copyrighted works of which DWP is the author, and/or to which DWP has been
25 granted *inter alia* the right to enforce DWP's exclusive right of public display
26 (DWP's "Copyrighted Content"); these include at least: Testimonials About Dating
27 Russian Women, Copyright Registration No. TX0007567484; and Dream
28 Marriage Anti-Scam Protection Policy and Frequently Asked Questions, Copyright

Registration No. TX0007567483.

15. On April 17, 2012, DWP sent Stevens a written demand that Stevens cease and desist his infringement of DWP's Copyrighted Content, and specifically identified the following Infringing Material DWP demanded Stevens immediately remove from the Infringing Site:

| DWP's Copyrighted Material | Stevens' Infringing Material |
|---|---|
| Frequently Asked Questions: http://dream-marriage.com/faq.html | Frequently Asked Questions: http://www.onlinerussianbrides.com/pages/russian-brides-faqs |
| Anti-Scam Policy, http://www.dream-marriage.com/anti_scam.php | Anti-Scam Policy, http://www.onlinerussianbrides.com/pages/anti-scam-protection |
| Aleksandra and Stephane Testimonial, http://www.dream-marriage.com/russian-women-testimonials.html?start=11&ini=0  "After a year of very loving communication through the Dream Marriage site I finally met my dearest Aleksandra. We had a few very sweet meetings. She brought a nice friend along who spoke good English. This worked out perfectly. Actually I was very surprised to discover that Aleksandra's English was quite good! *continued on following page* | Aleksandra and Stephane Testimonial, http://www.onlinerussianbrides.com/successStories  "After a year of very loving communication through Online Russian Brides site I finally met my dearest Aleksandra. We had a few very sweet meetings. She brought a nice friend along who spoke good English. This worked out perfectly. Actually I was very surprised to discover that Aleksandra's English was quite good! *continued on following page* |

| DWP's Copyrighted Material | Stevens' Infringing Material |
|---|---|
| She told me that she received a lot of help from the agency and they clearly did a very good job. I am very grateful for that because I believe that good communication is very important in a relationship. I hope we will be able to meet each other very soon again and continue this wonderful adventure together." | She told me that she received a lot of help from the agency and they clearly did a very good job. I am very grateful for that because I believe that good communication is very important in a relationship. I hope we will be able to meet each other very soon again and continue this wonderful adventure together." |
| Margarita and Erik Testimonial<br><br>http://www.dream-marriage.com/russian-women-testimonials.html?start=7&ini=0<br><br><br><br>"Erik and I met after nearly half a year of our correspondence. His letters were wonderful and I felt every word he wrote. So I was looking forward to this meeting because I liked everything about this man through his letters.<br><br>I was very exited and a little nervous, because it was my first meeting ever. But when we met, all my stress was gone. He appeared to be even more interesting, good-looking and positive than I imagined him! We had a very good time together. We communicated a lot, we even took a little trip from our city to o another for some excursions. I even introduced him to my best friends<br><br>*continued on following page* | Margarita and Erik<br><br>http://www.onlinerussianbrides.com/successStories<br><br><br><br>"Erik and I met after nearly half a year of our correspondence. His letters were wonderful and I felt every word he wrote. So I was looking forward to this meeting because I liked everything about this man through his letters.<br><br>I was very exited and a little nervous, because it was my first meeting ever. But when we met, all my stress was gone. He appeared to be even more interesting, good-looking and positive than I imagined him! We had a very good time together. We communicated a lot, we even took a little trip from our city to o another for some excursions. I even introduced him to my best friends<br><br>*continued on following page* |

| DWP's Copyrighted Material | Stevens' Infringing Material |
|---|---|
| and my son. And he was getting along with my son so well! I am very happy to meet such a good man as Erik!" | and my son. And he was getting along with my son so well! I am very happy to meet such a good man as Erik!" |
| Tatiana and Colin<br><br>http://www.dream-marriage.com/russian-women-testimonials.html?start=10&ini=0<br><br><br><br>*continued on following page* | Tatiana and Colin<br><br>http://www.onlinerussianbrides.com/successStories<br><br>*continued on following page* |
| "My first trip to Ukraine and Sumy was wonderful, beautiful snow and scenery, fantastic support and assistance from the local Agency Manager, and a simply amazing woman in Tatiana. The bonus was her terrific son Max. Of course we fell in love, the things that Dreams are made of and I arranged with Sergey to return to Sumy within a couple of months." | "My first trip to Ukraine and Sumy was wonderful, beautiful snow and scenery, fantastic support and assistance from the local Agency Manager, and a simply amazing woman in Tatiana. The bonus was her terrific son Max. Of course we fell in love, the things that Dreams are made of and I arranged with Sergey to return to Sumy within a couple of months." |

16.   This Cease and Desist Letter was sent via Certified United States Mail, receipt number 70101870000187550200; the United States Postal Service reports delivery occurred at 2:06 p.m. on April 19, 2012.

## COUNT I – COPYRIGHT INFRINGEMENT

17.   DWP realleges each and every allegation set forth in Paragraphs 1 through 16, inclusive, and incorporates them by reference herein.

18.   DWP owns valid copyrights in the Copyrighted Content.

1   19. Stevens has infringed DWP's copyright rights by reproducing,
2   adapting, distributing, and publicly displaying the Infringing Material on the
3   Infringing Site, without authorization, in violation of the Copyright Act, 17 U. S.C.
4   §§ 106 and 501. Such infringing conduct includes, but is not limited to,
5   reproducing, distributing, adapting, and publicly displaying the full text of the
6   Frequently Asked Questions and Anti-Scam Policy pages and several of DWP's
7   testimonials, including those testimonials' associated photographs.
8   20. Each such infringement by Stevens constitutes a separate and distinct
9   act of infringement.
10   21. Stevens' acts of infringement are willful, in disregard of, and with
11   indifference to the rights of DWP.
12   22. As a direct and proximate result of the infringements by Stevens,
13   DWP is entitled to damages and to Stevens' profits in amounts to be proven at
14   trial, which are not currently ascertainable.
15   23. As a result of Stevens' acts and conduct, DWP has sustained and will
16   continue to sustain substantial, immediate, and irreparable injury, for which there
17   is no adequate remedy at law. DWP is informed and believes, and on that basis
18   avers, that unless enjoined and restrained by this Court, Stevens will continue to
19   infringe DWP's rights in and to the Copyrighted Content; accordingly, DWP is
20   entitled to temporary, preliminary, and permanent injunctive relief to restrain and
21   enjoin  Stevens' continuing infringing conduct.

22   **COUNT II – UNFAIR COMPETITION UNDER CALIFORNIA LAW**

23   24. DWP realleges each and every allegation set forth in Paragraphs 1
24   through 23 inclusive, and incorporates them by reference herein.
25   25. Defendants' actions, as stated above, constitute unfair competition, in
26   this judicial district, under the common law of California, by reason of which DWP
27   has suffered and will continue to suffer harm and irreparable injury.
28

## PRAYER FOR RELIEF

Wherefore, DWP prays this Court enter judgment in its favor on each and every claim for relief set forth above against Defendant Stevens, and award DWP relief including, but not limited to, an Order:

1. Preliminarily and permanently enjoining Stevens, his agents, representatives, affiliates, and all persons acting in concert or participation with him from infringing DWP's copyrighted work(s), or inducing or contributing to any third party infringement(s) of DWP's copyrighted work(s);

2. Requiring Stevens to provide DWP with an accounting of any and all sales of products or services that infringe or violate any of DWP's rights described herein or as otherwise may be discovered by DWP through the course of this litigation;

3. Awarding DWP monetary relief including damages sustained by DWP in an amount not yet determined, including actual damages for copyright infringement and willful copyright infringement under 17 U.S.C. § 504 and other applicable laws as appropriate; and

4. Awarding such other and further relief as this Court may deem just and appropriate.

## JURY DEMAND

Plaintiff Dream World Partners, Inc. ("DWP") hereby demands a trial by jury on all matters and issues so triable.

Dated this 17th day of September, 2012.

Respectfully submitted,

By: /s/
R. Christopher Harshman, Esq.
Attorneys for Plaintiff

BH8271.1 1002-30718

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

**CV12- 8200 ODW (JCGx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

R. Christopher Harshman
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Dream World Partners, Inc., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | **CV12-08200** -ODW(JCGx) |
| v. | |
| Terry Stevens and DOES 1-10, | SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __R. Christopher Harshman__, whose address is __9701 Wilshire Boulevard, Suite 1000, Beverly Hills, California 90212__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: __9/21/2012__

Clerk, U.S. District Court

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (10/11)  SUMMONS

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>Dream World Partners, Inc. | DEFENDANTS<br>Terry Stevens and DOES 1-10 |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>R. Christopher Harshman, 9701 Wilshire Boulevard, Suite 1000, Beverly Hills, California 90212, (310) 651-3077 | Attorneys (If Known)<br>(unknown) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ TBD

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. §§ 106 and 501, copyright infringement; Cal. Civ. Code § 17200, unfair competition.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | | ☐ 442 Employment | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | **IMMIGRATION** | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

FOR OFFICE USE ONLY: Case Number: CV12-08200-ODW (JCGx)

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Arizona |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date September 17, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |